UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22345-JB

**OSCAR HERRERA**,

    Plaintiff,

vs.

**ULTIMATE FITNESS GROUP, LLC,
d/b/a ORANGETHEORY FITNESS,
a foreign limited liability company**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, OSCAR HERRERA, through undersigned counsel, and Defendant, ULTIMATE FITNESS GROUP, LLC d/b/a ORANGETHEORY FITNESS, through undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

    Dated: September 11, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com<br><br>By ____*s/ Roderick V. Hannah*____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email duranandassociates@gmail.com<br><br>By ____*s/ Pelayo M. Duran*____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**DLA PIPER LLP (US)**
Counsel for Defendant
200 South Biscayne Boulevard, Suite 2500
Miam, FL  33131
(305) 423-8525
andreaguzman@usdlapiper.com


By: *s/ Andrea Guzman*
        ANDREA GUZMAN
        Fla. Bar No. 118716