UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-22345-JB

OSCAR HERRERA,

      Plaintiff,

  v.

ULTIMATE FITNESS GROUP,
LLC, d/b/a ORANGETHEORY
FITNESS,

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court on the Joint Notice of Settlement filed by the parties, in which they advise that they have "reached a settlement in this case and will be executing the necessary paperwork resolving all claims." ECF No. [21]. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

    2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

    3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida, this 11th day of September, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**